## STATE OF CONNECTICUT *v.* TROY BUTLER (12460)

DUPONT, C. J., and FOTI and SCHALLER, Js.

Argued November 2—decision released November 22, 1994

*Lauren Weisfeld,* assistant public defender, for the appellant (defendant).

*Pamela S. Meotti,* deputy assistant state's attorney, with whom, on the brief, was *Michael Dearington,* state's attorney, and *Gary W. Nicholson,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.